UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MJC VENTURES LLC ET AL.**, <br><br>Plaintiffs, <br><br>v. <br><br>**DETROIT TRADING COMPANY ET AL.**, <br><br>Defendants. | 2:19-cv-13707-TGB-EAS <br><br>HON. TERRENCE G. BERG |

# JUDGMENT

In accordance with the Opinion and Order issued on this date;

It is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Leave to Amend (ECF No. 34) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiffs' Motion for Remand (ECF No. 17) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiffs' Motion to Stay Dispositive Motion Practice (ECF No. 21) is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that Defendants' Motion to Strike and Dismiss (ECF No. 18) is **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 31, 2021

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                              s/A. Chubb
                                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE